IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MATEO VILLEGAS-CARMONA,** ) <br> et al., ) <br> Defendants. ) <br> _____) | Case No. 1:18-CR-003-BLW <br><br> **ORDER GRANTING MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL** |

The Court has before it a Motion to Withdraw and for Appointment of Substitute Counsel, filed by current defense counsel. Defense counsel has set forth the grounds for his request in a separately filed affidavit.

The Court finds, after a consideration of the circumstances of this case, that the ends of justice would be best served by the granting of defense counsel's motion. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to withdraw (docket no. 17) is GRANTED. The Federal Defender Services of Idaho are hereby relieved from further representation of the defendant Mateo Villegas-Carmona.

**Order -- Page 1**

**IT IS FURTHER ORDERED** that the Clerk shall appoint new counsel for defendant Mateo Villegas-Carmona under the CJA.

DATED: **February 5, 2018**



B. LYNN WINMILL
Chief Judge
United States District Court