# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SEBASTIAN HURTADO-VILLEGAS, a/k/a MATEO VILLEGAS-CARMONA, et. al.<br>　　　　　Defendant. | Case No. 1:18-cr-00003-BLW<br><br>**ORDER TO MODIFY CASE NAME** |

Pending before the Court is the Government's Motion to Modify Case Name. (Docket No. 25 ). The Motion states that the defendant advised the Court that his name in the court record – "Mateo Villegas-Carmona" – was inaccurate. Further, the Motion states that the defendant requested that court record be modified to reflect his true name, "Sebastian Hurtado-Villegas."

THEREFORE, IT IS HEREBY ORDERED that the Government's Motion to Modify Case Name (Docket No. 25) is GRANTED.

IT IS FURTHER ORDERED that defendant's name shall be changed in the court record to "SEBASTIAN HURTADO-VILLEGAS, a/k/a MATEO VILLEGAS-CARMONA."

DATED: March 15, 2018

B. Lynn Winmill
Chief U.S. District Court Judge